NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEACERO S.A.P.I. DE C.V., DEACERO USA, INC.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, NUCOR CORPORATION,**
*Defendants-Appellees*

---

2020-1918

---

Appeal from the United States Court of International Trade in No. 1:17-cv-00183-CRK, Judge Claire R. Kelly.

---

## O R D E R

---

Before WALLACH, CHEN, and HUGHES, *Circuit Judges.*

PER CURIAM.

Given the unexcused failure of the parties to file a joint response to the court's April 13, 2021, Order to Show Cause, specifying any proposed redactions,

IT IS ORDERED THAT:

2                                          DEACERO S.A.P.I. DE C.V. v. US

The opinion issued under seal on April 13, 2021 is hereby unsealed.

FOR THE COURT

April 30, 2021                    /s/ Peter R. Marksteiner
    Date                          Peter R. Marksteiner
                                  Clerk of Court